UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LEE SODERSTROM,<br><br>        Petitioner,<br><br>    v.<br><br>M. KRAMER, Warden,<br><br>        Respondent. | NO. SACV 08-00314 VBF (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections.  After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

1        Accordingly, IT IS ORDERED THAT:

2

3        1.   The Motion for Stay is DENIED.

4

5        2.   The Motion for Reconsideration is DENIED to the extent
6   Petitioner seeks an order instructing Respondent to answer the First
7   Amended Petition or granting his Motion for Stay.

8

9        3.   Petitioner shall inform the Court within fourteen (14) days of
10  the date of this Order whether he wishes to strike his unexhausted
11  claims and proceed with only his exhausted claims or voluntarily dismiss
12  the First Amended Petition.

13

14       4.   The Clerk shall serve copies of this Order by United States
15  mail on Petitioner and on counsel for Respondent.

16

17  DATED: March 12, 2009

                                      /s/ Valerie Baker Fairbank
                                      _____
                                      VALERIE BAKER FAIRBANK
                                      UNITED STATES DISTRICT JUDGE

2