1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  RANDY LEE SODERSTROM,               ) NO. CV 08-00314 DMG (SS)
                                        )
12              Petitioner,             )
                                        )
13         v.                           )        **JUDGMENT**
                                        )
14  M. LEA, Warden,                     )
                                        )
15              Respondent.             )
    _____ )

16

17

18      Pursuant to the Court's Order Adopting Findings, Conclusions and

19  Recommendations of United States Magistrate Judge,

20

21      IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22  with prejudice.

23

24  DATED:  April 24, 2012

25

26                                      DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE

27

28